```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
In Re: Carole Richards                    :
                  Debtor,                 :
                                          :
-----------------------------------------:
                                          :
Carole Richards,                          :
                                          :      20cv4468(DLC)
           Plaintiff/Appellant,           :
                                          :         ORDER
             -v-                          :
                                          :
CREDIT SUISSE FIRST BOSTON MORTGAGE       :
SECURITIES CORP., CSAB Mortgage-Backed    :
Pass-Through Certificates, Series         :
2006-1; WELLS FARGO BANK, N.A.; U.S.      :
BANK NATIONAL ASSOCIATION                 :
                                          :
           Defendants/Appellees.          :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

The above case has been assigned to me for all purposes. It is hereby

ORDERED that the appellant file its brief by **June 26, 2020**. The appellees shall file their opposition brief by **July 10**. The appellant's reply brief, if any, must be filed by **July 24**.

Dated:   New York, New York
         June 19, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge